ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
DANIELLE N. OAKLEY (S.B. #246295)
doakley@omm.com
EDGAR H. MARTINEZ (S.B. #255503)
emartinez@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY KUNS, an individual, on his own behalf and on the behalf of all others similarly situated,

Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,

Defendants.

Case No. CV ___________

**PROOF OF SERVICE**

# PROOF OF SERVICE

I, Cristina Pappas, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 610 Newport Center Drive, 17th Floor, Newport Beach, California 92660-6429. On August 17, 2012, I served the within documents:

**1) CIVIL COVER SHEET;**

**2) DEFENDANT OCWEN LOAN SERVICING, LLC'S NOTICE OF REMOVAL;**

**3) DECLARATION OF SANDRA LYEW IN SUPPORT OF OCWEN LOAN SERVICING, LLC'S NOTICE OF REMOVAL; AND**

**4) CERTIFICATE AND NOTICE OF INTERESTED PARTIES.**

☐ by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date at approximately __________.m. The outgoing facsimile machine telephone number in this office is (949) 823-6994. The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted. A copy of the transmission report(s) for the service of this document, properly issued by the facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by putting a true and correct copy thereof, together with a signed copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by FedEx, which is an express carrier.

☐ by putting a true and correct copy thereof, together with a signed copy of this declaration, in a sealed envelope, with Express Mail postage fully prepaid to the person(s) listed below, and placing the envelope for collection and mailing today with the United States Postal Service as an Express Mail item in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail correspondence for mailing with the United States Postal Service. In the ordinary course of business, Express Mail correspondence collected from me would be processed on the same day, with Express Mail postage thereon fully prepaid, and placed for deposit that day with the United States Postal Service by depositing it that same day in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ by causing the document(s) to be emailed or electronically transmitted to the person(s) at the email addresses set forth below, pursuant to a court order or an agreement of the parties to accept service by email or electronic transmission. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Jonathan Cothran, Esq.
jpcothranlaw@gmail.com
J. COTHRAN LAW OFFICES
**2230 West Chapman Avenue, Suite 200**
Orange, CA 92868
Tel: (714) 974-5600
Fax: (888) 958-3028

Attorneys for Plaintiff Jeffrey Kuns, on his own behalf, and on behalf of all others similarly situated

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 17, 2012, at Newport Beach, California.

Cristina Pappas
Cristina Pappas

OMM_US:70817964.1