David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Jeffery Kuns, on his own behalf, and behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KUNS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability companies, and DOES 1-100, inclusive,<br><br>Defendants. | No. 12-CV-7118 (DMG) (PLAx)<br><br>District Judge Dolly M. Gee<br><br>Magistrate Judge Paul L. Abrams<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

Plaintiff Jeffrey Kuns ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiff's individual claims in this action with prejudice and Plaintiff's putative class members' claims without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1) Plaintiff's individual claims against Ocwen in this action shall be dismissed with prejudice;

2) The claims of putative class members are dismissed without prejudice;

3) Plaintiff waives any right to recover attorneys' fees and/or costs in connection with this action against Ocwen, and Ocwen waives any right to recover attorneys' fees and/or costs in connection with the action against Plaintiff.

**IT IS SO STIPULATED.**

Dated: January 14, 2016       By:   /s/David C. Parisi
David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

Jonathan Cothran (259210)
J. COTHRAN LAW OFFICES
9252 Garden Grove Blvd, Suite 23
Garden Grove, CA 92844
(714) 974-5600 (telephone)
jpcothranlaw@gmail.com

*Attorneys for Plaintiff Jeffrey Kuns, on his own behalf, and behalf of all others similarly situated*

Dated: January 14, 2016       By:   /s/Jennifer L. Gray

---

Stipulation to Dismiss                                No. CV 11-10579 SJO (MRWx)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Jeff E. Scott (SBN 126308)
Jennifer L. Gray (SBN 287855)
Robert S. Freund (SBN 287566)
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
(310) 586-7700 (telephone)
(310) 586-7800 (facsimile)
scottj@gtlaw.com
grayjen@gtlaw.com
freundr@gtlaw.com

*Attorneys for Defendant*
*Ocwen Loan Servicing, LLC*

---

Stipulation to Dismiss                                                                                             No. CV 11-10579 SJO (MRWx)